# EXHIBIT A

## Damages Summary

| Date | Description | Qty | Unit Price | Total | Total Mkt | Markup | Damages |
|---|---|---|---|---|---|---|---|
| 8/7/2013 | 1986 - $10 Gold American Eagle Roman Numeral MS 69 | 1 | $ 1,695.00 | $ 1,695.00 | $ 445.00 | 281% | $ 1,250.00 |
| 8/16/2013 | 1986 - $25 Gold American Eagle Roman Numeral MS 69 | 1 | $ 2,995.00 | $ 2,995.00 | $ 789.00 | 280% | $ 2,206.00 |
| 8/16/2013 | 1991 - $10 Gold American Eagle Roman Numeral MS 69 | 1 | $ 1,695.00 | $ 1,695.00 | $ 650.00 | 161% | $ - |
| 8/16/2013 | 1964 - Kennedy Half Dollar - Raw | 2 | $ - | $ - | $ 10.00 | | $ (10.00) |
| 9/5/2013 | 1986 - $5 Gold American Eagle Roman Numeral MS 69 | 1 | $ 595.00 | $ 595.00 | $ 179.00 | 232% | $ 416.00 |
| 9/5/2013 | 1986 - $50 Gold American Eagle Roman Numeral MS 69 | 1 | $ 3,995.00 | $ 3,995.00 | $ 1,471.00 | 172% | $ 2,524.00 |
| 9/5/2013 | 1964 - Kennedy Half Dollar - Raw | 1 | $ - | $ - | $ 5.00 | | $ (5.00) |
| 9/17/2013 | 2013 - $50 Gold American Buffalo - Proof 69 - Reversed Proof - Early Release | 2 | $ 5,995.00 | $ 11,990.00 | $ 3,071.74 | 290% | $ - |
| 9/17/2013 | $1 Silver American Eagle - Bullion - Any Date | 1 | $ - | $ - | $ 18.14 | | $ (18.14) |
| 10/1/2013 | 1988 - $50 Gold American Eagle Roman Numeral MS 69 | 1 | $ 5,995.00 | $ 5,995.00 | $ 1,471.00 | 308% | $ 4,524.00 |
| 10/1/2013 | 1989 - $10 Gold American Eagle Roman Numeral MS 69 | 1 | $ 1,895.00 | $ 1,895.00 | $ 550.00 | 245% | $ 1,345.00 |
| 10/1/2013 | 1989 - $25 Gold American Eagle Roman Numeral MS 69 | 1 | $ 5,995.00 | $ 5,995.00 | $ 2,450.00 | 145% | $ 3,545.00 |
| 10/1/2013 | 1991 - $50 Gold American Eagle Roman Numeral MS 69 | 1 | $ 5,995.00 | $ 5,995.00 | $ 1,471.00 | 308% | $ 4,524.00 |
| 10/1/2013 | 1987 - Roman Numeral Dated Gold American Eagle - Four Coin Set MS 69 ($5, $ | 1 | $ 9,995.00 | $ 9,995.00 | $ 3,204.00 | 212% | $ 6,791.00 |
| 10/1/2013 | 1990 - Roman Numeral Dated Gold American Eagle - Four Coin Set MS 69 ($5, $ | 1 | $ 13,995.00 | $ 13,995.00 | $ 4,725.00 | 196% | $ 9,270.00 |
| 10/1/2013 | 1991 - $5 Gold American Eagle Roman Numeral MS 69 | 1 | $ - | $ - | $ 220.00 | | $ (220.00) |
| 10/3/2013 | 1988 - $5 Gold American Eagle Roman Numeral MS 69 | 1 | $ 595.00 | $ 595.00 | $ 235.00 | 153% | $ - |
| 10/3/2013 | 1988 - $10 Gold American Roman Numeral MS 69 | 1 | $ 1,895.00 | $ 1,895.00 | $ 525.00 | 261% | $ - |
| 10/3/2013 | 1988 - $25 Gold American Eagle Roman Numeral MS 69 | 1 | $ 3,300.00 | $ 3,300.00 | $ 1,722.60 | 92% | $ 1,577.40 |
| 10/3/2013 | 1989 - $5 Gold American Eagle Roman Numeral MS 69 | 1 | $ 595.00 | $ 595.00 | $ 189.00 | 215% | $ 406.00 |
| 10/3/2013 | 1989 - $50 Gold American Eagle Roman Numeral MS 69 | 1 | $ 3,995.00 | $ 3,995.00 | $ 1,471.00 | 172% | $ - |
| 10/4/2013 | 1991 - $25 Gold American Eagle Roman Numeral MS 69 | 1 | $ 8,995.00 | $ 8,995.00 | $ 3,250.00 | 177% | $ 5,745.00 |
| 11/26/2013 | 1986 - $10 Gold American Eagle Roman Numeral MS 70 | 2 | $ 8,995.00 | $ 17,990.00 | $ 2,899.98 | 520% | $ 15,090.02 |
| 2/17/2014 | 1995 - $25 Gold American Eagle MS 69 | 2 | $ 5,995.00 | $ 11,990.00 | $ 2,400.00 | 400% | $ 9,590.00 |
| 2/17/2014 | Discount | 1 | $ (250.00) | $ (250.00) | $ - | | $ (250.00) |
| 2/20/2014 | 1998 - Platinum American Eagle - Proof 70 ($10, $25, $50, $100) | 1 | $ 10,995.00 | $ 10,995.00 | $ 2,767.13 | 297% | $ 8,227.87 |
| 7/8/2014 | 1988 - Roman Numeral Dated Gold American Eagle - Four Coin Set Proof 69 ($5 | 1 | $ 12,995.00 | $ 12,995.00 | $ 3,550.00 | 266% | $ 9,445.00 |
| 7/8/2014 | 2006 - $100 Platinum American Eagle - Proof 70 | 1 | $ 7,995.00 | $ 7,995.00 | $ 2,154.18 | 271% | $ 5,840.82 |
| 7/8/2014 | Shipping $5 | 1 | $ 5.00 | $ 5.00 | $ - | | $ 5.00 |
| 7/15/2014 | 1984 - $10 U.S. Commorative Gold Coin - Olympic Runner - Proof 70 (S-Mint) | 2 | $ 3,995.00 | $ 7,990.00 | $ 1,598.00 | 400% | $ 6,392.00 |
| 8/12/2014 | 1984 - $10 U.S. Commorative Gold Coin - Olympic Runner - Proof 70 (P-Mint) | 1 | $ 7,995.00 | $ 7,995.00 | $ 1,260.00 | 535% | $ 6,735.00 |
| 8/12/2014 | $1 Silver American Eagle - Bullion - Any Date | 2 | $ - | $ - | $ 36.28 | | $ (36.28) |
| 8/26/2014 | 2007 - Platinum American Eagle Four Coin Set - Proof 70 ($10, $25, $50, $100) | 1 | $ 13,995.00 | $ 13,995.00 | $ 3,005.00 | 366% | $ 10,990.00 |
| 9/2/2014 | $1 Silver American Eagle - Any Date - Proof 69 | 1 | $ - | $ - | $ 29.99 | | $ (29.99) |
| 9/12/2014 | 1911 - Gold Indian Head Set ($2.5, $5, $10, $20) - MS 62 | 1 | $ 13,995.00 | $ 13,995.00 | $ 3,489.54 | 301% | $ 10,505.46 |
| 9/12/2014 | $1 Silver American Eagle - Bullion - Any Date | 1 | $ - | $ - | $ 18.14 | | $ (18.14) |
| 9/19/2014 | 2014 - $0.50 Gold Kennedy Half Dollar - Proof 70 | 1 | $ 5,995.00 | $ 5,995.00 | $ 1,500.00 | 300% | $ 4,495.00 |
| 9/19/2014 | 1964 - Kennedy Half Dollar - Raw | 1 | $ - | $ - | $ 5.00 | | $ (5.00) |
| 9/23/2014 | 2014 - $0.50 Gold Kennedy Half Dollar - Proof 70 | 1 | $ 5,995.00 | $ 5,995.00 | $ 1,500.00 | 300% | $ 4,495.00 |
| 10/1/2014 | 1999 - $50 Platinum American Eagle - Proof 70 | 2 | $ 3,995.00 | $ 7,990.00 | $ 1,990.00 | 302% | $ 6,000.00 |
| 12/1/2014 | 2014 - Kennedy Half Dollar 5 Coin High Relief Anniversary Set (D, W, P, S-Mint) | 1 | $ 6,995.00 | $ 6,995.00 | $ 1,694.95 | 313% | $ 5,300.05 |
| 1/9/2015 | 2008 - $25 Platinum American Eagle - Proof 70 | 1 | $ 3,098.00 | $ 3,098.00 | $ 1,000.00 | 210% | $ 2,098.00 |
| 1/9/2015 | $1 Silver American Eagle - Bullion - Any Date | 10 | $ - | $ - | $ 181.40 | | $ (181.40) |
| 7/10/2015 | 1905 - $20 Liberty Double Eagle - MS 62 | 1 | $ 5,995.00 | $ 5,995.00 | $ 1,910.00 | 214% | $ 4,085.00 |
| 8/31/2015 | 2015 - $10 U.S. Commemorative Gold Coin - Jacqueline Kennedy Gold Foil - Pro | 1 | $ 5,595.00 | $ 5,595.00 | $ 775.50 | 621% | $ 4,819.50 |
| 11/3/2015 | 1992 - $25 Gold American Eagle MS 69 | 1 | $ 2,700.00 | $ 2,700.00 | $ 1,199.00 | 125% | $ 1,501.00 |
| 2/17/2016 | 2016 - Gold American Eagle 5 Coin Set ($1, $5, $10, $25 & $50) ASG FS Limited | 1 | $ 11,995.00 | $ 11,995.00 | $ 2,744.79 | 337% | $ 9,250.21 |
| 2/17/2016 | 2015 $8 Canadian Silver Polar Bear and Cub 1.5 oz Bullion | 525 | | $ - | $ 21,560.70 | | $ 9,565.70 |

## Damages Recapitulation

| Summary: | Damages | |
|---|---|---|
| **Nationwide Damages:** | | |
| Gold Damages | $ | 144,868.39 |
| Platinum Damages | $ | 33,156.69 |
| Less $250 Discount, Plus $5 Shipping | $ | (245.00) |
| Average Markup | | 277% |
| **Total:** | **$** | **177,780.08** |

# EXHIBIT B



# GOV'T ISSUED GOLD COINS

## EXCLUSIVE AT-COST OFFER



**NATIONWIDE COIN AND BULLION RESERVE** announces the final release of 2,500 congressionally authorized, fully backed by the U.S. Government, completely free of dealer mark up, $5 Gold American Eagles at the incredible price of only **$135.00 each.**



**FINAL RELEASE**

ONLY $135 ea

If you had $25,000 in gold in 2001 at $290 per oz you would have over $100,000 at today's gold prices. Numerous experts are now predicting gold at $5,000 an ounce. Your $25,000 could be worth $125,000 in the near future. This at cost offer for American citizens may be your final opportunity to own government gold free of dealer mark up. Due to extremely limited supplies we must adhere to a strict limit of ten coins per household.

Nationwide Coin and Bullion Reserve has set these beautiful U.S. Government gold coins for immediate public release and cannot guarantee sufficient inventory to supply current demand. This at cost public offer will sell out immediately. Overage orders may be cancelled and your checks returned uncashed. Ordering now may be your last chance to own these magnificent government issued gold coins at this level. Order now to avoid disappointment.

**SPECIAL ARRANGEMENTS NOW AVAILABLE FOR ORDERS OVER $25,000**

**NATIONWIDE COIN & BULLION RESERVE**

*Call Now!* 24 HOURS A DAY • 7 DAYS A WEEK
**1.877.817.1220**

**MINIMUM ORDER 5 COINS**    VISA  MasterCard  DISCOVER  CHECK    **KEY CODE: NRM-130920**

Prices subject to change due to fluctuations in gold market. Prices will remain at dealer cost.    Coins enlarged to show detail.

# NATIONWIDE COIN & BULLION RESERVE

ACCOUNT EXECUTIVES ARE STANDING BY.

# 1.877.817.1220



**MENU**



## About
## NATIONWIDE COIN & BULLION RESERVE

Nationwide Coin and Bullion Reserve is one of the nation's leading precious metal firms that handles both U.S. Government and foreign issued coins. With over 100 years of combined experience in the precious metals industry, our account executives are more than qualified to lead clients into a highly profitable position in gold, silver, and platinum. Nationwide Coin's top priority is to see that our valued clients receive industry leading ROIs (return on investment) in their precious metals portfolios. It's what we do best.

Over the years, our clients have seen enormous financial gains by utilizing Nationwide Coin's expert knowledge and advice. Clients use our win-win acquisition techniques to best position themselves in this rapidly growing sector of investment.

Worldwide financial threats and instability are on the rise. The need to diversify monetary holdings has never been greater. Contact Nationwide Coin to find out more

about a wide range of precious metal financial products. 1-877-817-1220

## Our Products

- Pre 1933 American rare coins and bullion
- Modern American rare coins and bullion products
- Foreign coin and bullion products
- IRA rollover and start up gold and silver packages

**With 150 years of combined experience, our team is well equipped to service all of your precious metals needs.**

## Our team includes

- Precious Metals Consultants
- Rarities Consultants
- Numismatic Experts
- Economists and Trend Analyst

"
### The best products and the best advice... we guaranty it."

— *Eugene Harding,*
*Chief Procurement Officer, Nationwide Coin & Bullion Reserve*



Gold   USD 1,252.80 per Ounce     Silver   USD 15.81 per Ounce



# 1.877.817.1220

© 2016 NationWideCoins.com - Created and Designed by RCorpDesign.com



# NATIONWIDE COIN & BULLION RESERVE
## ACCOUNT EXECUTIVES ARE STANDING BY.
# 1.877.817.1220

**MENU**



## COMPLIMENTARY
### NEW INVESTORS GUIDE





Gold  USD

## MARKET WATCH



## VIDEO NEWS



## BUY ONLINE NOW



# Inside The Vault

Featuring a look the most profitable coins in the NCBR Vault

        

Olympic Gold    Roman Numeral Gold    Buffalo Gold

 

Liberty Gold     2015 Ultra High Relief Gold



**NATIONWIDE COIN & BULLION RESERVE**
**1.877.817.1220**

© 2016 NationWideCoins.com - Created and Designed by RCorpDesign.com