MICHAEL S. BISSELL
CAMPBELL & BISSELL, PLLC
Corbet-Aspray House
820 W. 7th Avenue
Spokane, Washington 99204
Telephone: (509) 455-7100
Facsimile: (509) 455-7111
Email: mbissell@campbell-bissell.com

Attorneys for Defendant Nationwide Coin & Bullion Reserve, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK SATHER, a married individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE COIN & BULLION RESERVE, INC.<br><br>　　　　Defendant. | Case No.: 4:16-CV-05042<br><br>**DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Defendant, by and through its counsel of record, Michael S. Bissell of Campbell & Bissell, PLLC, and pursuant to Fed. R. Civ. P. 7.1, states that Defendant

/////

/////

/////

DEFENDANT'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT
Page 1 of 3



CAMPBELL & BISSELL | PLLC
Corbet-Aspray House
820 W. 7th Avenue
Spokane, WA 99204
509.455.7100 (Phone)
509.455.7111 (Facsimile)

Nationwide Coin & Bullion Reserve, Inc. identifies that it has no parent corporations and that it is not a publicly held corporation.

DATED this 25th day of May, 2016.

                                  CAMPBELL & BISSELL, PLLC
                                  Attorneys for Defendant Nationwide Coin & Bullion Reserve, Inc.

                                  s/ *Michael S. Bissell*
                                  MICHAEL S. BISSELL, WSBA #24077
                                  820 W. 7th Avenue
                                  Spokane, WA  99204
                                  Telephone:  (509) 455-7100
                                  Facsimile:  (509) 455-7111
                                  Email:  mbissell@campbell-bissell.com

DEFENDANT'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT
Page 2 of 3

CB | LAWYERS
CAMPBELL & BISSELL | PLLC
Corbet-Aspray House
820 W. 7th Avenue
Spokane, WA 99204
509.455.7100 (Phone)
509.455.7111 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- **Kevin P. Sullivan**
  **Patrick J. Sullivan**
  **The Sullivan Law Firm**
  701 Fifth Avenue, Suite 4600
  Seattle, WA  98104
  Telephone: (206) 903-0504
  Facsimile: (509) 623-1439
  *Email:  k.sullivan@sullivanlawfirm.org*
  *p.sullivan@sullivanlawfirm.org*

    *s/ Michael S. Bissell*
MICHAEL S. BISSELL
Attorney for Defendant
Campbell & Bissell, PLLC
820 W. 7th Avenue
Spokane, WA  99204
Telephone:  (509) 455-7100
Facsimile:  (509) 455-7111
Email:  mbissell@campbell-bissell.com

DEFENDANT'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT
Page 3 of 3

CB | LAWYERS
CAMPBELL & BISSELL | PLLC
Corbet-Aspray House
820 W. 7th Avenue
Spokane, WA 99204
509.455.7100 (Phone)
509.455.7111 (Facsimile)