# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK SATHER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE COIN & BULLION RESERVE, INC.,<br><br>　　　　　　　　Defendant. | NO: 4:16-CV-5042-TOR<br><br>ORDER OF REFERRAL FOR MEDIATION |

　　The Court is referring this matter to Chief Bankruptcy Judge Frederick P. Corbit for mediation. Chief Judge Corbit will issue a separate order or notice outlining the date and requirements for the mediation procedures.

　　Issuance of a Jury Trial Scheduling Order is **suspended** pending the outcome of mediation. The parties shall notify this Court within 7-days of the conclusion of the mediation as to the status of the case so that a scheduling order may be entered if necessary. If mediation is unsuccessful, the subsequently issued scheduling order will include a deadline for invocation of any arbitration clauses.

//

ORDER OF REFERRAL FOR MEDIATION ~ 1

IT IS SO ORDERED.  The District Court Clerk shall enter this order and furnish copies to the parties and Chief Judge Corbit.

**DATED** August 16, 2016.



                          Thomas O. Rice
                     THOMAS O. RICE
             Chief United States District Judge

ORDER OF REFERRAL FOR MEDIATION ~ 2