UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK SATHER, a married individual,<br><br>     Plaintiff,<br><br>     v.<br><br>NATIONWIDE COIN & BULLION RESERVE, INC., a foreign corporation,<br><br>     Defendant. | NO: 4:16-CV-5042-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 13). The motion was submitted for consideration without oral argument. The Court has reviewed the motion and the entire file herein, and is fully informed. The parties stipulate that all claims in this action have been fully settled, resolved, or compromised and that the matter may be dismissed with prejudice and without an award of costs to either party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 3, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2